## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

**ADDIE AGBASI**                     **CIVIL DOCKET NO. 3:22-CV-1142**

**VERSUS**                           **JUDGE DAVID C. JOSEPH**

**WALMART, INC.**                    **MAGISTRATE JUDGE KAYLA D. MCCLUSKY**

### <u>JUDGMENT</u>

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 22] of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED that this matter is REMANDED to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana.  28 U.S.C. § 1447(e).

THUS, DONE AND SIGNED in Chambers on this 28th day of March 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE